UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UPTOWN GRILL, L.L.C.                              CIVIL ACTION NO.

VERSUS
                                                  Section:
MICHAEL LOUIS SHWARTZ, a/k/a/
MICHAEL L. SHWARTZ,
CAMELLIA GRILL HOLDINGS, INC.,
AND CAMELLIA GRILL, INC.                          Magistrate:

## COMPLAINT FOR DECLARATORY RELIEF

NOW INTO COURT, through undersigned counsel, comes Plaintiff, **UPTOWN GRILL, L.L.C.** ("UPTOWN GRILL"), which files this Complaint for Declaratory Relief seeking a declaration from the Court with respect to the rights and obligations of the parties as follows:

### JURISDICTION AND VENUE

1.

This is an action for declaratory judgment arising under the Declaratory Judgment Act, 28 U.S.C. § 2201, *et seq.*, for the purpose of determining a question of an actual justiciable controversy between the parties. Through this declaratory judgment action, UPTOWN GRILL seeks a determination of the parties' respective rights with respect to the ownership and use of certain trademarks. Specifically, UPTOWN GRILL seeks a judicial declaration of its ownership rights in certain tangible personal property described with particularity in a Bill of Sale between the parties dated August 11, 2006, and, consequently, whether UPTOWN GRILL's use of the trademarks conveyed pursuant thereto infringes upon the defendants' trademark or violates any provision of the Lanham Act, 15 U.S.C. § 1051, *et seq.*, including 15 U.S.C. § 1114(a), 1125(a),

and 1125(c). In addition, UPTOWN GRILL seeks a judicial declaration and determination as to whether its use of the trademarks conveyed pursuant to the Bill of Sale violates any state statutes.

2.

This Court has subject matter jurisdiction over the causes of action set forth herein pursuant to 15 U.S.C. §§ 1121(a) and 28 U.S.C. §§ 1331 and 1338(a).

3.

Venue is proper in this judicial district and division pursuant to 28 U.S.C. §§ 1391(b)(2), inasmuch as, upon information and belief, a substantial part of the events giving rise to the ripe and justiciable controversy between the parties occurred in this judicial district and a substantial part of the property that is the subject of the action is situated in this judicial district.

## PARTIES

4.

Plaintiff, UPTOWN GRILL, is a limited liability company existing under the laws of the State of Louisiana and domiciled in Jefferson Parish.

5.

Named defendants herein are the following:

A. Michael Louis Shwartz, a/k/a Michael L. Shwartz, a competent person of the full age of majority and domiciled in Grenada, Mississippi ("Shwartz");

B. Camellia Grill Holdings, Inc., a corporation existing under the laws of the State of Louisiana, and domiciled in Jefferson Parish ("CGH");

C. Camellia Grill, Inc., a corporation existing under the laws of the State of Louisiana, and domiciled in Jefferson Parish ("CGI");

6.

Plaintiff UPTOWN GRILL is the rightful owner of the "recipes, trademarks, names, logos, likenesses, etc." and other tangible personal property located within or upon the real property known as "The Camellia Grill" wherever located within or upon the buildings and improvements bearing Municipal No. 626 South Carrollton Avenue, New Orleans, Louisiana.

7.

On or about August 9-11, 2006, for true and valuable consideration received, Purchaser RANO, L.L.C. and Seller Michael Louis Shwartz a/k/a/ Michael L. Shwartz entered into a Cash Sale of Real Property for the real estate and improvements bearing Municipal No. 626 South Carrollton Avenue in New Orleans, Louisiana, for its continued use as "The Camellia Grill." See Exhibit "A" attached.

8.

Contemporaneously, on or about August 9 - 11, 2006, for true and valuable consideration received, Purchaser UPTOWN GRILL and Sellers, CGH, Shwartz, and CGI, executed a Bill of Sale for the tangible personal property located within or upon the real property located at Municipal No. 626 South Carrollton Avenue in New Orleans, Louisiana.

9.

This Bill of Sale was confected in connection with the contemporaneous sale of the real property and improvements bearing Municipal No. 626 South Carrollton Avenue in New Orleans, Louisiana, by Seller Shwartz to RANO, L.L.C., for the aggregate sum of $500,000, and registered in the Conveyance Office of the City of New Orleans, Instrument No. 328134 on August 15, 2006. See Exhibit "B" attached.

10.

The sale by the defendants to UPTOWN GRILL conveyed the following, described in pertinent part:

> ... all of Seller's right, title and interest in and to the following tangible personal property located within or upon the real property described in Exhibit "A" [626 South Carrollton Avenue] annexed hereto and within or upon the buildings and improvements located thereon:
>
> All furniture, fixtures and equipment, cooking equipment, kitchen equipment, counters, stools, tables, benches, appliances, *recipes, trademarks, names, logos, likenesses, etc., and all other personal and/or movable property owned by Seller located within or upon the property described in Exhibit A annexed hereto and within or upon the buildings and improvements thereon (the "Personal Property)* (*emphasis* added).
>
> Seller conveys and delivers the Personal Property unto Purchaser without recourse and without representation or warranty of any kind, express or implied.
>
> *TO HAVE AND TO HOLD, the Personal Property, together with all and singular the rights and appurtenances thereto in anywise belonging, unto Purchaser, its successors and assigns, forever.*

11.

On or about August 26, 2006, a License Agreement was entered into between Seller/Licensor CGH to Licensee Grill Holdings, L.L.C. wherein CGH granted a license to Grill Holdings to open additional restaurants nationwide (with one geographic exception) to be operated like The Camellia Grill on Carrollton Avenue for true and valuable consideration received of $1,000,000.00. That License Agreement has been terminated and the decision of the Civil District Court for the Parish of Orleans, No. 2008-08236 c/w 2011-5947 is now final.

12.

The Bill of Sale did not include a reservation of rights to Seller of any of the tangible personal property described therein, which sale includes but is not limited to, the use of the logo and signage "The Camellia Grill" wherever located within or upon the building located at 626

South Carrollton Avenue in New Orleans.

13.

The building located at 626 South Carrollton Avenue is being studied by the Historic District Landmark Commission ("HDLC") in connection with possible designation as a locally recognized historic landmark, and, as such, the façade of the building cannot be altered until a decision is rendered. See Exhibit "C". See also, USDC for the Eastern District, Case 2:13-cv-05148-JTM-SS.

14.

Sellers, CGH, Shwartz, and CGI, have claimed complete ownership of, among other things, the *"recipes, trademarks, names, logos, likenesses, etc., and all other personal and/or movable property ... located within or upon the property* [626 South Carrollton Avenue]." Sellers have threatened UPTOWN GRILL's exclusive rights in and to the above-described property, including the trademarks. Moreover, Sellers have made it clear that continued use of the trademarks, etc. that were rightfully and legally purchased by UPTOWN GRILL will result in a lawsuit claiming trademark infringement.

15.

Sellers, CGH, Shwartz, and CGI, seek to deprive UPTOWN GRILL, the lawful property owner, of the use and exercise of its property rights, without just compensation, and UPTOWN GRILL is, therefore, protected under the provisions of the laws of the State of Louisiana, including but not limited to LSA- C.C. Art. 2443. Purchase of a thing already owned; LSA-C.C. Art. 2456. Transfer of ownership; LSA-C.C. Art. 518. Voluntary transfer of the ownership of a movable; LSA-C.C. Art. 517. Voluntary transfer of ownership of an immovable.

16.

A ripe and justiciable controversy exists between the parties regarding the use and ownership of "The Camellia Grill" trademarks that are "located within or upon the property" at issue—specifically, 626 South Carrollton Avenue. There is a controversy between the parties as to 1) who owns the trademarks at issue, and 2) whether UPTOWN GRILL's continued use of the trademarks "located within or upon the property" would constitute federal trademark infringement.

17.

Therefore, UPTOWN GRILL herein seeks a declaration from this Court that 1) it owns the trademarks, etc. that are "located within or upon the property [626 South Carrollton Avenue]", and 2) that its continued use of the trademarks, etc. that it purchased is lawful in all respects.

**WHEREFORE**, Plaintiff UPTOWN GRILL respectfully prays for the following relief:

(1) That UPTOWN GRILL be declared the true and lawful owner of the tangible personal property located within or upon the buildings and improvements located at 626 South Carrollton Avenue in New Orleans, Louisiana;

(2) That UPTOWN GRILL be declared the true and lawful owner of the logo or signage "The Camellia Grill" wherever located within or upon the building located at 626 South Carrollton Avenue in New Orleans;

(3) That UPTOWN GRILL be declared the true and lawful owner of the real estate and improvements located at 626 South Carrollton Avenue, including the façade, columns and other architectural details located within or upon that property;

(4) That UPTOWN GRILL's continued use of the tangible personal property located within or upon the buildings and improvements located at 626 South Carrollton Avenue in New Orleans, Louisiana is lawful in all respects and does not constitute trademark infringement under 15 U.S.C. § 1114 or any state and/or common law and that it does not violate any other applicable provision of the Lanham Act or any other state and/or common law.

By Attorneys:

**BERRIGAN, LITCHFIELD, SCHONEKAS MANN & TRAINA, LLC**
201 St. Charles Avenue
Suite 4204-Place St. Charles
New Orleans, LA 70170
Telephone (504) 568-0541
Telecopier (504) 561-8655


/s/ Kathy Lee Torregano
E. John Litchfield (#8622)
Kathy Lee Torregano (#9948)

and

**BREAZEALE, SACHSE & WILSON, L.L.P.**
23rd Floor, One American Place
Post Office Box 3197
Baton Rouge, LA 70821-3197
Telephone (225) 387-4000
Telecopier (225) 381-8029

/s/ Scott N. Hensgens
Claude F. Reynaud, Jr. (#11197)
Scott N. Hensgens (#25091)

*Attorneys for UPTOWN GRILL, L.L.C.*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UPTOWN GRILL, L.L.C.                                CIVIL ACTION NO.

VERSUS

                                                    Section:

MICHAEL LOUIS SHWARTZ, a/k/a/
MICHAEL L. SHWARTZ,
CAMELLIA GRILL HOLDINGS, INC.,
AND CAMELLIA GRILL, INC.                            Magistrate:

## VERIFICATION

STATE OF LOUISIANA

PARISH OF ORLEANS

BEFORE ME, the undersigned notary public, duly commissioned and qualified in and for the parish and state aforesaid, personally came and appeared:

### HICHAM KHODR

who, after being duly sworn, did depose and say:

(1) That he is an authorized representative of the Plaintiff, UPTOWN GRILL, L.L.C., in the above captioned lawsuit; and

(2) That he has read the above Complaint, and that all of the allegations of fact contained therein are true and correct to the best of his knowledge, information, and belief.

_____
Hicham Khodr

SWORN TO AND SUBSCRIBED before me this 3rd day of December, 2013.

_____
NOTARY PUBLIC (#09948)
Printed Name: Kathy Lee Torregano
Louisiana Bar Roll No.: 09948
My Commission Expires: For Life