# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UPTOWN GRILL, LLC** | **CIVIL ACTION** |
| **VERSUS** | **NO: 13-6560**<br>**C/W: 14-810, 14-837**<br>**RE: 14-810, 14-837** |
| **MICHAEL LOUIS SHWARTZ, ET AL** | **SECTION: "H"(4)** |

## ORDER

Before the Court are a Motion to Fix Attorney's Fees (Doc. 362) filed by Camelia Grill Holdings, Inc. ("CGH"), a Report and Recommendations on the Motion prepared by the Magistrate Judge, and objections and responses to the Report and Recommendations filed by the parties. The Court reviews the Report and Recommendations *de novo*.

CGH objects to the Magistrate Judge's use of the lodestar method to calculate fees and the reduction in time imposed because CGH was unable to prove any damages as a result of the breach of the License Agreement. As to the former, CGH cites to no authority supporting the proposition that the lodestar method is contrary to Louisiana law. As to the latter, CGH sought to present evidence of damages to which it was not entitled under the law. The

1

Magistrate Judge was correct in observing that CGH achieved only partial success on its motion. This Court therefore adopts the Report and Recommendations in its entirety. Accordingly;

**IT IS ORDERED** that CGH's Motion is GRANTED IN PART.

**IT IS FURTHER ORDERED** that Chartres Grill, LLC and Grill Holdings, LLC be ordered to pay to CGH $22,362.56 in reasonable attorney's fees.

New Orleans, Louisiana this 14th day of August, 2018.

**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**