UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UPTOWN GRILL, LLC, ET AL. | * | CIVIL ACTION NO. 13-6560 |
| | * | |
| | * | SECTION:  "H"(1) |
| VERSUS | * | |
| | * | JUDGE JANE TRICHE MILAZZO |
| | * | |
| MICHAEL LOUIS SHWARTZ, ET AL. | * | MAGISTRATE JUDGE |
| | * | JANIS VAN MEERVELD |
| ************************************* | * | |

## ORDER

Before the Court is the Motion to Fix Attorney's Fees filed by Camellia Grill Holdings, Inc. ("CGH") (Rec. Doc. 487), which was referred to the magistrate judge (Rec. Doc. 486).  The Court, after considering the memoranda in support and opposition, the exhibits, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date the parties have filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.  Accordingly,

**IT IS ORDERED** that the Motion to Fix Attorney's Fees is granted in part and denied in part; Grill Holdings, LLC, shall pay CGH $56,679.27 in attorney's fees and expenses.

New Orleans, Louisiana, this 4th day of March, 2022.

**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**